BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CLAIRE E. KELLY (Cal. Bar No. 306086)
BRANDON E. MARTINEZ-JONES (Cal. Bar No. 318749)
Assistant United States Attorneys
Violent and Organized Crime Section
DAVID Y. PI (Cal. Bar No. 337432)
Assistant United States Attorney
Major Frauds Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-3868/7167/3659
     Facsimile:     (213) 894-3713
     E-mail:  claire.kelly@usdoj.gov
              brandon.martinez-jones@usdoj.gov
              david.pi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-312-MWF-15 |
|---|---|
| Plaintiff, | ORDER SEVERING DEFENDANT DAVID ALONSO'S TRIAL, CONTINUING DEFENDANT DAVID ALONSO'S TRIAL DATE, AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID ALONSO, | |
| Defendant. | **TRIAL DATE:** October 21, 2025, 8:30am |
| | **STATUS CONF:** September 29, 2025, 1:30pm |

The Court has read and considered the Stipulation Regarding Request for (1) Severance of the Trial of Defendant DAVID ALONSO ("defendant"); (2) Continuance of Defendant's Trial Date; and (3) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by defendant and the government in this matter on April 11,

2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a severance of defendant's trial from the trial of co-defendants JORGE LINARES (#3), MOISES ALONSO (#6), BOBBY EDWARDS (#10), JOSE ALONSO (#14), and JUSTIN GUTIERREZ (#17).  The Court also hereby finds that the Stipulation demonstrates facts that support a continuance of defendant's trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the time period of April 29, 2025, to October 21, 2025, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(2) because it constitutes a period of delay during which prosecution is deferred by the attorneys for the government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   Pursuant to Federal Rule of Criminal Procedure 14(a), defendant's trial is severed from the trial of co-defendants JORGE LINARES (#3), MOISES ALONSO (#6), BOBBY EDWARDS (#10), JOSE ALONSO (#14), and JUSTIN GUTIERREZ (#17).

2.   Defendant's trial in this matter is continued from April 29, 2025, to October 21, 2025, at 8:30 a.m.  Defendant's status conference is continued to September 29, 2025, at 1:30 p.m.

3.   The time period of April 29, 2025, to October 21, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(2).

4. Defendant shall appear in Courtroom 5A of the Federal Courthouse, 350 West First Street, Los Angeles, California, for the Status Conference on September 29, 2025, at 1:30 p.m., and for trial on October 21, 2025, at 8:30 a.m.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

April 15, 2025
DATE

MICHAEL W. FITZGERALD
United States District Judge

Presented by:

/s/
CLAIRE E. KELLY
Assistant United States Attorney